FILED

12/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0569

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 20-0569

AARON MICHAEL GRAFFT,

      Petitioner,

v.

STATE OF MONTANA,

      Respondent.

## ORDER

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including February 6, 2021, within which to prepare, serve, and file its response.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 31 2020